

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-24-2013

# In Re: Norman Shelton

Precedential or Non-Precedential: Non-Precedential

Docket No. 13-1469

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"In Re: Norman Shelton " (2013). *2013 Decisions*. Paper 794.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/794

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-1469
_____

IN RE:  NORMAN SHELTON,
                                                                    Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the Middle District of Pennsylvania
(Related to M.D. Pa. Civ. No. 12-cv-00422)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
March 14, 2013
Before: McKEE, Chief Judge, ALDISERT and BARRY, Circuit Judges

(Opinion filed: May 24, 2013)
_____

OPINION
_____

PER CURIAM

Petitioner Norman Shelton filed a petition for writ of mandamus on February 22,

2013, asking us to order the District Court to render a decision on his numerous pending

motions for preliminary injunctions and restraining orders.

By order entered on April 4, 2013, the District Court denied Shelton's motions for

"declaratory relief, preliminary injunctions, and temporary restraining orders," along with

1

his other pending motions for default judgment and contempt. In the same order, the District Court dismissed the case entirely, by granting the Defendants' motion to dismiss and for summary judgment.

Because Shelton has now received the relief he requested in his mandamus petition, we will deny his mandamus petition as moot. See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996).